CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 17 2016

JULIA O. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
MARCH 2016 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:16-CR-00014 |
| | ) | |
| v | ) | **SEALED INDICTMENT** |
| | ) | |
| ANTONIO MAURICE PAYNE | ) | **In Violation of:** |
| | ) | |
| | ) | Title 18, U.S.C., §922(g)(1) |

## COUNT ONE

The Grand Jury charges:

1. That on or about August 9, 2015, in the Western Judicial District of Virginia, the defendant, ANTONIO MAURICE PAYNE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which had previously been shipped or transported in interstate or foreign commerce.

2. In violation of Title 18, United States Code Sections 922(g)(1).


A TRUE BILL this 17 day of March, 2016.

_s/Grand Jury Foreperson_____
FOREPERSON

_____
JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY

-1-